# EXHIBIT A

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

**Account Number:** ▮▮▮▮0830     **Bank Number:** 778

**Account Type:** ☐ Checking (DDA)   ☒ Savings (SAV)   ☐ Certificate of Deposit (CD)

**Account Title:**
THE PROMISE KEEPERS, INC
FOR UG TRANSPORTATION

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership (Enter the type of partnership: General, LP, LLP or LLLP)

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)

☒ Other (Defined in W-9 instructions)   NON-PROFIT CORPORATION

**Social Security Number** _____   **(or)   Employer Identification Number** 83-0652839

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9. Certification** - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| # | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | EPHRAIM WOODS | Director | *[signed]* | 5/31/18 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2016 Bank of America, N.A. All Rights Reserved



Account Number: ███ 0830

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____   _____
Authorized Signer                 Title

**Review Information**

**Customer 1:**

Name: EPHRAIM WOODS
ID Type: US Driver License W/Photo    ID#: ███    ID Issuer: Kansas    Iss. Date: 01/2016    Exp. Date: 02/2020
ID Type: BOA Visa Card No Photo       ID#: 3767   ID Issuer: NA        Iss. Date: N/A        Exp. Date: 06/2020

**Customer 2:**

Name: _____
ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____
ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 3:**

Name: _____
ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____
ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 4:**

Name: _____
ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____
ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 5:**

Name: _____
ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____
ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Bank Information**

Date: 05/31/2018
Financial Center Name: MISSION
Employee's Name: Sofia Macedo
Employee's Phone Number: 913-563-1909

NKS
00-14-9297M 11-2016



Page 2 of 2

TPP006-002-0000015